IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| MEGAN J. OSBORN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-1187-JE |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| OREGON WELLNESS LLC., an Oregon | ) | |
| limited liability corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Craig A. Crispin
Shelley D. Russell
500 Plaza West
9600 S. W. Oak Street
Portland, Oregon 97223

Attorneys for Plaintiff

Anne E. Denecke
Elisabeth C. Knight
Davis Wright Tremaine LLP
1300 S. W. 5th Avenue, Suite 2300
Portland, Oregon 97201

Attorneys for Defendant

KING, Judge:

The Honorable John Jelderks, United States Magistrate Judge, filed Findings and

Recommendation on October 14, 2005, and referred them to me on November 4, 2005. The

matter is before this court. <u>See</u> 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No

objections have been timely filed. This relieves me of my obligation to give the factual findings

<u>de novo</u> review. <u>Lorin Corp. v. Goto & Co., Ltd.</u>, 700 F.2nd 1202, 1206 (8th Cir. 1983); <u>See</u>

<u>also</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983). Having

reviewed the legal principles <u>de novo</u>, I find no error.

Accordingly, I ADOPT Magistrate Judge Jelderks's Findings and Recommendation

(#38).

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment (#18) is

granted as to Plaintiff's 42 U.S.C. § 1983 claim only. The court declines to exercise

supplemental jurisdiction and dismisses the state law claims without prejudice.

Dated this _____ day of November, 2005.

_____
Garr M. King
United States District Judge